# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3526

_____

Larken Alexander,

*Plaintiff - Appellant*,

v.

UAW,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 7, 2014
Filed: July 14, 2014
[Unpublished]

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Larken Alexander appeals the district court's[1] dismissal of his complaint asserting discrimination claims under Title VII of the Civil Rights Act of 1964 (Title

_____

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

VII) against his former union, United Auto Workers (UAW). Upon de novo review, we conclude that the district court did not err in granting UAW's motion to dismiss Alexander's complaint, based on his failure to file a timely discrimination charge with the Equal Employment Opportunity Commission (EEOC). See 42 U.S.C. § 2000e-5(e)(1) (under Title VII, EEOC charge must be filed within 180 days of when alleged unlawful employment practice occurred; 300-day filing period applies if person initially instituted state or local agency proceedings); Nat'l R.R. Passenger Corp. v. Morgan, 536 U.S. 101, 109-110 (2002) (timely EEOC charge is mandatory). Accordingly, we affirm. See 8th Cir. R. 47B.

_____